1
2
3
4
5
6
7
8

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR PIERCE COUNTY

9

MARC GREEN, AN INDIVIDUAL,

10
                                        PLAINTIFF,

11    VS.
                                                    No.
12    SAFEWAY, INC. A DELAWARE
13    CORPORATION, J. DOE, LIVETRENDS
      DESIGN GROUP, LLC, A FLORIDA                  SUMMONS
14    LIMITED LIABILITY COMPANY,

15
                                        Defendants.
16
            TO DEFENDANT(S):
17
            A lawsuit has been started against you in the above-entitled court by Plaintiff.  Said claim is
18
      stated in the written Complaint, a copy of which is served upon you with this Summons.
19
            In order to defend against this lawsuit, you must respond to the Complaint by stating your
20
21    defense in writing, and by serving a copy upon the person signing this summons within 20 days

22    after the service of this summons, excluding the day of service, if served inside the State of

23    Washington (or within 60 days after service, if served outside the State of Washington or service

24
      is effectuated on the Secretary of State as provided by RCW 46.64.040), or a default judgment
25
      may be entered against you without notice.  A default judgment is one where Plaintiff is entitled
26
27    to what has been asked for because you have not responded.  If you serve a Notice of Appearance

28    on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS  - 1

**M|G**

MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

You may demand that the Plaintiff file this lawsuit with the court.  If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.  If you wish to seek the advice of any attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 25th day of January, 2022.

MAXWELL GRAHAM, P.S.                          MCCLURE LAW GROUP

s/ Thomas J. Degan Jr.                               s/ Mark McClure
Michael Maxwell, WSBA #21781              Mark McClure, WSBA #24393
Thomas J. Degan Jr., WSBA #31513          Attorney for Plaintiffs
Attorneys for Plaintiffs

SUMMONS  - 2



MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM