IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

| | |
|---|---|
| MARC GREEN, an individual, | |
| Plaintiff, | No. |
| vs. | PLAINTIFFS' COMPLAINT FOR DAMAGES |
| SAFEWAY, INC. a Delaware corporation, J. Doe, LIVETRENDS DESIGN GROUP, LLC, a Florida limited liability company, | |
| Defendants. | |

Plaintiff, Marc Green, by and through his attorneys, Mark McClure of McClure Law Group, and Michael A. Maxwell and Thomas J. Degan Jr. of Maxwell Graham, PS, for his complaint against Defendant, asserts as follows:

### 1.0   IDENTIFICATION OF PARTIES

1.1   Plaintiff Marc Green is an individual who have at all material times resided in King County, Washington.

1.2   Safeway, Inc. is a Delaware corporation that transacts business throughout Washington state including Pierce County, Washington. Safeway, Inc. owns and operates a retail grocery establishment with the trade name "Safeway #1844" that is located at: 215 Whitesell Street Northwest, Orting, Washington, 98360.

PLAINTIFFS' COMPLAINT FOR
DAMAGES- 1



MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

1.3     Livetrends Design Group, LLC is a Florida limited liability company that designs, produced, and/or supplies products to retailers in Washington State, including Pierce County, Washington.

## 2.0     JURISDICTION AND VENUE

2.1     At all times relevant, Defendants Safeway, Inc. and Livetrends Design Group, LLC transacted business in Pierce County, Washington.

2.2     Venue is properly laid in this Court.

2.3     This Court has jurisdiction over all parties and over the subject matter of this Complaint.

## 3.0     FACTS AND CIRCUMSTANCES

3.1     On or about, April 18, 2021, Marc Green entered the Safeway store located at 215 Whitesell Street Northwest, Orting, Washington (hereinafter "Store").

3.2     The Store has a floral department which manufactures and sells floral arrangements including succulents potted in glass vases.

3.3     Marc Green chose a succulent potted in a vase from a display in the Store for purchase.

3.4     On information and belief, the succulent potted in a glass vase that Marc Green chose to purchase was manufactured by Livetrends Design Group, LLC.

3.5     Mr. Green brought the vase and succulent to the cashier and paid for the item.

3.6     After purchasing the succulent, Marc Green picked up his purchase by grasping the lip of the vase with his hand. Moments later, the glass vase broke in his hand.

3.7     A shard of the glass vase caused a deep laceration of Marc Green's wrist when it broke, severing tendons and nerves in Marc Greens wrist causing permanent injury.



3.8     As a consequence of Defendant's actions, Plaintiff Marc Green suffered economic and non-economic damages, including but not limited to past and future medical expenses, past and future wage loss, physical and emotional injury, pain and suffering, and loss of enjoyment of life in an amount to be proven at trial.

### 4.0    CAUSE OF ACTION

4.1     In operating a floral department which created and sold plants and floral arrangements, Defendant Safeway is a product manufacturer and/or product seller within the meaning of the Washington Products Liability Act ("WPLA"), RCW 7.72 *et seq.*

4.2     In manufacturing the vase Marc Green purchased from the Store, Defendant Livetrends Design Group, LLC is a product manufacturer within the meaning of the Washington Products Liability Act ("WPLA"), RCW 7.72 et seq.

4.3     Plaintiff Marc Green was at all relevant times a "user" and "consumer" of the succulent and vase pursuant to RCW 7.72.010.

4.4     Defendants' are liable in that the succulent and vase was not reasonably safe as constructed, designed, maintained, and/or because reasonably safe and adequate warnings and instructions were not provided within the meaning of RCW 7.72.030, including but not limited to, one or more of the following.

4.5     The succulent and vase were not reasonably safe as designed because at the time of manufacture, the likelihood that the product would cause the claimant's harm or similar harms, and the seriousness of those harms, outweighed the burden on the manufacturer to design a glass vase which fractures creating sharp shards without warning while being carried.

PLAINTIFFS' COMPLAINT FOR DAMAGES- 3



MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

4.6     Defendants' succulent and vase were not reasonably safe due to inadequate warnings because no warning was provided that the glass vase could shatter creating sharp edges without warning while being carried.

4.7     Defendants' succulent and vase were not reasonably safe as constructed because a glass vase which unexpectedly fails and shatters causing is unfit for the ordinary purpose and a breach of RCW 7.72.030 and RCW 62A.2-314.

4.8     Defendants are liable to plaintiff for plaintiff's injuries and damages with regard to the subject *succulent and vase,* because the product was not reasonably safe pursuant to RCW 7.72 *et seq.*

### 6.0     PRAYER FOR RELIEF

WHEREFORE, having stated their complaint against Defendants, Plaintiff prays for the following relief:

6.1     General damages in an amount to be proven at trial, on behalf of Plaintiff;

6.2     An award of any and all economic losses sustained by Plaintiff as a result of Defendants' violations of Washington Products Liability Act ("WPLA"), RCW 7.72 *et seq.*

6.3     Prejudgment interest on all economic losses sustained by Plaintiff as a result of Defendants' violation of Washington Products Liability Act ("WPLA"), RCW 7.72 *et seq.*

6.4     For such other and further relief as the court deems just and appropriate.

DATED this 25th day of January, 2022.

| MAXWELL GRAHAM, P.S. | MCCLURE LAW GROUP |
|---|---|
| s/ *Thomas J. Degan Jr.* | s/ *Mark McClure* |
| Michael Maxwell, WSBA #21781 | Mark McClure, WSBA #24393 |
| Thomas J. Degan Jr., WSBA #31513 | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | |

PLAINTIFFS' COMPLAINT FOR
DAMAGES- 4



MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM